THOMAS H. CLARKE, JR. (SBN 47592)
JOEL L. FISHMAN (SBN 74394)
ELISE R. VASQUEZ (SBN 201190)
ROPERS, MAJESKI, KOHN & BENTLEY
201 Spear Street, Suite 1000
San Francisco, CA 94105-1630
Telephone:     (415) 543-4800
Facsimile:     (415) 972-6301
E-Mail: tclarke@ropers.com
Counsel for Plaintiffs
CHRISTOPHER E. WUTHMANN & ALLISON ROCK, Husband & Wife

WILLIAM J. MCLEAN (SBN 39264)
STEPHEN C. GERRISH (SBN 61253)
ERIN L. MCDERMIT (SBN 241176)
Thoits, Love, Hershberger & McLean
245 Lyton Avenue, Suite 300
Palo Alto, CA 94301
Telephone:     (650) 327-4200
Facsimile:     (650) 325-5572
Counsel for Defendants
MARYAN M. ACKLEY, BRADLEY L. SMITH, JOYCE J. SMITH, PACIFIC PENINSULA GROUP and WHITEHAWK LIMITED LIABILITY CO.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER E. WUTHMANN & ALLISON ROCK, Husband & Wife,<br><br>Plaintiffs,<br><br>v.<br><br>STEPHEN M. ACKLEY & MARYAN M. ACKLEY, husband & wife; BRADLEY L. SMITH & JOYCE J. SMITH, husband & wife; PACIFIC PENINSULA GROUP; WHITEHAWK LIMITED LIABILITY COMPANY; and DOES 1 THROUGH 100<br><br>Defendants. | CASE NO. C 06-01412 TEH<br><br>**STIPULATION AND ORDER CONTINUING THE HEARING DATE ON DEFENDANTS' MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED, OR, IN THE ALTERNATIVE, FOR MORE DEFINITE STATEMENT [F.R.C.P. 12(b)(6) and 12(e)]**<br><br>Date:     ~~July 3, 2006~~  July 17, 2006<br><br>Time:     10:00 a.m.<br><br>Courtroom:  12, 19th Floor<br><br>Judge:    Hon. Thelton E. Henderson |

SF/194312 1/DJB

- 1 -

STIPULATION AND ORDER CONTINUING THE HEARING DATE AND BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS
CASE NO. C 06-01412 TEH

1.   At the request of plaintiffs, CHRISTOPHER E. WUTHMAN and ALLISON ROCK, defendants MARYAN M. ACKLEY, BRADLEY L. SMITH, JOYCE J. SMITH, PACIFIC PENINSULA GROUP AND WHITEHAWK LIMITED LIABILITY COMPANY hereby stipulate to continue the June 5th hearing date for defendants' pending Motion to Dismiss for Failure to State a Claim Upon Which Relief May be Granted, or, in the alternative, For More Definite Statement. The purpose of the stipulation is to grant plaintiffs an additional 30 days in which to evaluate and respond to defendants' motion.

2.   Therefore, the parties stipulate that the hearing date on defendants' pending motion brought pursuant to the authority of Federal Rules of Civil Procedure 12(b)(6) and 12(e) is continued to ~~July 5~~ July 17, 2006, at 10:00 a.m., in Courtroom 12, or as soon thereafter as the matter may be heard. The parties stipulate further that the briefing schedule for defendants' motion is continued in conformance with that specified in Local Rule 7-3, with plaintiffs' opposition due not less than 21 days before the scheduled hearing date, and defendants' reply in support of the motion due not less than 14 days before the scheduled hearing date.

3.   The parties further stipulate that the case management conference, currently scheduled for June 26, 2006, is also continued to ~~July 5~~ July 17, 2006, at 10:00 a.m. in Courtroom 12.

4.   There have been no previous time modifications in this matter. The parties do not believe that, if granted, this stipulation and order will have any effect upon the schedule of this matter beyond the specific motion at issue.

///

///

///

///

///

SF/194312.1/DJB

- 2 -

STIPULATION AND ORDER CONTINUING THE HEARING DATE AND BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS

IT IS SO STIPULATED.

Dated: ,May 12, 2006

ROPERS, MAJESKI, KOHN & BENTLEY

By: _____ for
THOMAS H. CLARKE, JR.
Attorneys for Plaintiffs
CHRISTOPHER E. WUTHMANN &
ALLISON ROCK, Husband & Wife

Dated: May____, 2006

THOITS, LOVE, HERSHBERGER & MCLEAN

By: _____ FOR
STEPHEN C. GERRISH.
Attorneys for Defendants
MARYAN M. ACKLEY, BRADLEY L. SMITH, JOYCE J. SMITH, PACIFIC PENINSULA GROUP and WHITEHAWK LIMITED LIABILITY COMPANY

**IT IS SO ORDERED.**

Dated: 05/18/06

_____
THELTON E. HENDERSON
UNITED STATES DISTRICT COURT JUDGE

*Judge Thelton E. Henderson*

SF/194312.1/DJB

- 3 -

STIPULATION AND ORDER CONTINUING THE HEARING DATE AND BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS